IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES BAKER,

       Plaintiff,

v.                                                                     4:04cv387-WS

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,

       Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation docketed May 3, 2005.  See Doc. 14.  The magistrate judge recommends that the Commissioner's decision denying the plaintiff's application for benefits be affirmed.  The plaintiff has filed no objections to the report and recommendation.

      Upon review of the record, this court has determined that the recommendation should be adopted.

      Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 14) is adopted and incorporated by reference in this order of the court.

2. The Commissioner's decision to deny the plaintiff's application for benefits is AFFIRMED.

DONE AND ORDERED this June 3, 2005.

/s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE